IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03121-LTB

LLOYD VICTOR HAYNES,

    Applicant,

v.

BARR, Colorado State Parole Board Office,
COLORADO ADULT PAROLE,
SHERIFF MAKETA, El Paso County Jail, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    The matter before the Court is Applicant's *pro se* "Motion to Declare Discovery Dates" (Doc. No. 33), filed on March 12, 2012, which the Court construes liberally as a second motion for reconsideration of the February 2, 2012 Order of Dismissal. For the reasons discussed in the February 21, 2012 Order Denying Motion to Reconsider (Doc. No. 31), Application's second motion for reconsideration is **denied.**

Dated: March 13, 2012