IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03121-LTB

LLOYD VICTOR HAYNES,

    Applicant,

v.

BARR, Colorado State Parole Board Office,
COLORADO ADULT PAROLE,
SHERIFF MAKETA, El Paso County Jail, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    The matter before the Court is Applicant's *pro se* "Motion to Declare Discovery Dates" (Doc. No. 36), filed on March 14, 2012.  The Motion is denied for the same reason set forth in the Court's March 13, 2012 Minute Order (Doc. No. 35).

Dated:  March 15, 2012